**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7288

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALISON LEVON BOYD,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   Malcolm J. Howard, Senior District Judge.  (1:08-cr-00493-MJH-1)

Submitted:  January 20, 2011          Decided:  February 15, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed in part; dismissed in part by unpublished per curiam opinion.

Alison Levon Boyd, Appellant Pro Se.  Randall Stuart Galyon, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

By notice filed September 14, 2010, Alison Levon Boyd appeals the district court's four pre-judgment orders entered on April 19, 2010. With regard to the order denying the motion for the return of property submitted under Fed. R. Crim. P. 41(e), we conclude we have jurisdiction and affirm for the reasons cited by the district court. United States v. Boyd, No. 1:08-cr-00493-MJH-1 (M.D.N.C. Apr. 19, 2010). Because no appealable final judgment was entered when Boyd filed his notice of appeal and because a second notice of appeal has since been filed from the final judgment, we dismiss the appeal from the remaining orders. See United States v. Pardee, 356 F.2d 982 (4th Cir. 1966). The appeal from the final judgment is sufficient to raise every question arising from the proceedings below. We deny as moot Boyd's motions for appointment of counsel and for transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART;
DISMISSED IN PART